UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMPSON, et al.,<br><br>    Defendants. | Case No. 23-cv-05759-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH GENERAL ORDER NO. 76** |

On November 8, 2023, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. No. 1. The Clerk of the Court informed Plaintiff that, pursuant to the Northern District of California's General Order ("GO") No. 76, prisoners within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are required to submit to the Court case-initiating documents for civil rights cases via electronic mail. Dkt. No. 1. The Court ordered Plaintiff to comply with General Order No. 76 by November 22, 2023, or face dismissal of this action. Dkt. No. 1. The Court *sua sponte* GRANTS Plaintiff an extension of time to January 19, 2024, to comply with General Order No. 76, and has sent him a copy of his complaint under separate cover. Failure to resubmit the complaint and, if applicable, the application to proceed *in forma pauperis*, to the Court using prison email procedures will result in this action being dismissed without prejudice without further notice to Plaintiff unless Plaintiff shows good cause for failure to comply with General Order No. 76.

**IT IS SO ORDERED.**

Dated: 12/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge