UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMPSON, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05759-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUGED.**

Dated:　10/4/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge