UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMPSON, et al.,<br><br>        Defendants. | Case No. 23-cv-05759-HSG<br><br>**ORDER DENYING AS MOOT REQUEST TO FILE COMPLAINT BY MAIL**<br><br>Re: Dkt. No. 28 |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The Court denied Plaintiff's request to proceed *in forma pauperis* pursuant the three-strikes provision set forth in 28 U.S.C. § 1915, Dkt. No. 15, and dismissed this action because Plaintiff failed to pay the required filing and administrative fees, Dkt. Nos. 19, 20. Plaintiff appealed the Court's dismissal. Dkt. Nos. 23, 24. Plaintiff has requested that the Court allow him to file his notice of appeal ("NOA") by postal mail, rather than by electronic filing as required by N.D. Cal. General Order No. 76 ("GO 76"). Dkt. No. 28. The Court DENIES this request as moot. The Ninth Circuit has already accepted Plaintiff's NOA. Dkt. Nos. 23, 24, 29. GO 76 does not apply to the NOA; GO 76 applies only to case-initiating documents for civil rights cases filed by prisoners in this district. *See* GO 76.

This order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: August 14, 2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge